R. I. Davis and Charles A. Koepke, appellees, v. Charles Sedman et al., appellants. Gen. No. 33,778.

·Opinion filed March 11, 1930. Rehearing denied March 24, 1930.

William H. Tuttle and A. Herbert Hoffman, for appellants. Howe, Zimmerman & Kreamer, Sonnenschein, Berkson, Lautmann & Levinson and Myer N. Rosengard, for appellees; Edward A. Zimmerman, Robert L. McDougal and Irving L. Block, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Maurice L. Willard, appellee, v. John J. Kern & Company, appellant. Gen. No. 33,791.

Opinion filed March 11, 1930.

Daniel S. Wentworth, Henry O. Nickel and John P. Sullivan, for appellant. Murray & Murray, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

David T. Alexander, appellee, v. Maurice S. Stern, appellant. Gen. No. 33,800.

Opinion filed March 11, 1930.

Lee D. Mathias, for appellant; Clyde L. Todd, of counsel. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Hannah Butler et al., appellees, v. Frank H. T. Potter et al., defendants. United States Mortgage company and K. G. Nilsen, appellants. Gen. No. 34,181.

Opinion filed March 11, 1930.

Oscar M. Torrison, Frederick A. Brown and William G. Worthey, for appellants; J. Colburn Hamilton, of counsel. Bernard J. Brown, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.